# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUONG NGUYEN,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>CALVIN JOHNSON, Warden,<br><br>　　　　　　　Respondent. | Case No. CV 15-04857 PSG (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that respondent's Motion to Dismiss is granted; and Judgment be entered denying the Petition and dismissing the action without prejudice.

DATED: 10/9/15

_____
　　　　PHILIP S. GUTIERREZ
　　UNITED STATES DISTRICT JUDGE