# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUONG NGUYEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CALVIN JOHNSON, Warden,<br><br>　　　　　Respondent. | Case No. CV 15-04857 PSG (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED:  10/9/15

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE